# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kevin Carter,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                              3:09-cv-14
                                                   3:05-cr-82

USA ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 10, 2010 Order.

                                              Signed: September 10, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court